EDWARD D. AGOSTINI et al., Doing Business under the Name of AGOSTINI BROTHERS, Appellants, v. STATE OF NEW YORK, Respondent.— Motion for reargument granted. [See 267 App. Div. 1008.] All concur.

In the Matter of ANNIE RATKOWSKY, an Incompetent Person, by DOUGLASS NEWMAN, as a Member of the Committee of ANNIE RATKOWSKY, Petitioner, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 643.] All concur.

In the Matter of EMPIRE MUTUAL CASUALTY COMPANY, Appellant, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1009.] All concur.

In the Matter of MANHATTAN MUTUAL AUTOMOBILE CASUALTY COMPANY, INC., Appellant, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 676.] All concur.

In the Matter of AMALGAMATED MUTUAL AUTOMOBILE CASUALTY COMPANY, Appellant, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1009.] All concur.

In the Matter of GENERAL TRANSPORTATION CASUALTY AND SURETY COMPANY, Appellant, against COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1010.] All concur.

CHARLES R. FERON, as Administrator of the Estate of ARTHUR C. FERON, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 23468.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 1012.] Hill, P. J., Bliss and Foster, JJ., concur; Heffernan and Brewster, JJ., dissent.

In the Matter of the Claim of MICHAEL CONDON, Respondent, against NATIONAL ANILINE DIVISION, ALLIED CHEMICAL AND DYE CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1020.] All concur.

In the Matter of the Claim of WILLIAM MOENTER, Appellant, against MARINE BAR & GRILL et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1020.] All concur.

In the Matter of the Claim of JOSEFA GRZYBOWSKI, Respondent, against CITY OF LACKAWANNA, Respondent, and MASSACHUSETTS BONDING & INSURANCE COMPANY, Appellant. COLUMBIA CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 1020.] All concur.

In the Matter of the Claim of JOSEPH GLOWNEY, Respondent, against STATLER'S RESTAURANT et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1020.] All concur.

In the Matter of the Claim of EVE MONTIFORTE et al. ROSELAND AMUSEMENT Co., INC., et al., Appellants; EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 1022.] All concur.